(53 South. 597.)

No. 18,394.

STATE v. THOMAS.

(Nov. 14, 1910.)

*(Syllabus by the Court.)*

CRIMINAL LAW (§ 1129*)—APPEAL—ABSENCE OF ERROR ASSIGNED OR SUGGESTED — EXAMINATION OF RECORD.

On appeal from a death sentence for murder, where no error has been assigned or suggested by counsel, the court will examine the record to ascertain whether reversible error has been committed.

[Ed. Note.—For other cases, see Criminal Law, Cent. Dig. § 2954; Dec. Dig. § 1129.*]

Appeal from Second Judicial District Court, Parish of Bossier; R. C. Drew, Judge.

Claude Thomas was convicted of murder, and he appeals. Affirmed.

Joannes Smith, for appellant. Walter Guion, Atty. Gen., John N. Sandlin, Dist. Atty. (R. G. Pleasant, of counsel), for the State.

LAND, J. The accused has appealed from a death sentence for the crime of murder. No error has been assigned or suggested, and we find none on the face of the record.

Judgment affirmed.